# Exhibit A

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## CHARGE OF DISCRIMINATION

EEOC Form 5A (Sept. 1, 2017)

EEOC RECEIVED: 02-13-2026

For Official Use Only – Charge Number: 440-2026-04228

| | |
|---|---|
| **Personal Information** | First Name: Denzel MI: D Last Name: Marsh<br>Address: [redacted] Apt.: [redacted]<br>City: Chicago County: Cook State: IL Zip Code: [redacted]<br>Phone: [redacted] Home ☐ Work ☐ Cell ☐ Email Address: [redacted] |
| **Who do you believe discriminated against you?** | Employer ☒ Union ☐ Employment Agency ☐ Other Organization ☐<br>Organization Name: Allied Universal<br>Address: 450 Exchange Suite:<br>City: Irvine State: CA Zip Code: 92602 Phone: 8667037666 |
| **Why you believe you were discriminated against?** | Age ☐ Color ☒ Disability ☒ Genetic Information ☐ National Origin ☐<br>Race ☒ Religion ☐ Retaliation ☒ Sex ☐ |
| **What happened to you that you believe was discriminatory?** | **Date of most recent job action you believe was discriminatory:** 4/24/2026<br>**Describe briefly each job action you believe was discriminatory and when it happened (estimate).**<br><br>I started my employment with the respondent on or about April 4, 2025. My most recent position is Assistant Account Manager. During my employment I requested a reasonable accommodation which was not provided. Further more I was subject to harassment and discrimination in retaliation. I complained to the respondent and Department Of Human Rights. Subsequently, I was unlawfully terminated, I believe I was discriminated against because of my race. Black, my disability, and retaliation for engaging in a protected activity, in violation of Title VII of the Civil Rights act of 1964, as amended |
| **Signature and Verification** | I understand this charge will be filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address, phone, or email. I will cooperate fully with them in the processing of my charge in accordance with their procedures.<br><br>I understand by signing below that I am filing a charge of employment discrimination with the EEOC. I understand that the EEOC is required by law to give a copy of the charge, which includes my name, to the organization named above. I also understand that the EEOC can only investigate charges of job discrimination based on Age, Color, Disability, Genetic information, National Origin, Religion, Sex, or based on retaliation for: filing a charge of employment discrimination; helping in someone else's complaint about job discrimination; or complaining to the employer about job discrimination.<br><br>**I declare under penalty of perjury that the above is true and correct.**<br><br>**Signature:** [signature] **Date:** 2/13/26 |